■ The People of the State of New York, Respondent, v James Braithwaite, Appellant. [869 NYS2d 349]

Contrary to the defendant's contention, the Supreme Court providently exercised its discretion in determining that "substantial justice" dictated the denial of the defendant's application for resentencing (*see People v Curry*, 52 AD3d 732 [2008]; *People v Flores*, 50 AD3d 1156 [2008]; *People v Stamps*, 50 AD3d 827 [2008]).

The defendant's remaining contentions are without merit. Skelos, J.P., Santucci, McCarthy and Dickerson, JJ., concur.